IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40744
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN J. TOULOUSE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:93-CR-64-1
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Steven J. Toulouse appeals the district court's denial of his motion to withdraw his plea agreement.  Having reviewed the arguments and the record on appeal, we perceive no abuse of discretion by the district court.  See United States v. Toulouse, 6:93-CR-64-1 (E.D. Tex. July 15, 1996).  Toulouse also challenges the district court's calculation, made pursuant to U.S.S.G. § 2F1.1, of the amount of loss involved in the fraud.  The district court did not commit clear error in making its

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

determination.  See United States v. Wimbish, 980 F.2d 312, 313 (5th Cir. 1992).

AFFIRMED.